IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SONIA MARTINEZ,<br><br>Defendant. | **4:24CR3066**<br><br>**ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |

The defendant appeared before the Court on February 23, 2026 regarding Petition for Action on Conditions of Pretrial Release [153].  Jonathan Braaten represented the defendant.  Christopher Harroun represented the government.  The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act.  18 U.S.C. § 3148.

The government requests an order of revocation and detention.  The defendant requested a continuance which was granted.  A revocation and detention hearing is scheduled before Judge Susan M. Bazis in Courtroom 1, 5th Floor, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE, on Thursday, March 12, 2026 at 2:00 PM.

**IT IS SO ORDERED**.

Dated this 23rd day of February, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge